UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,**
    **Plaintiff,**

v.

Case No.:    **6:12-CV-1320-ORL-37-TBS**

**CARLOS DEVILLALVILLA,**
    **Defendant.**
_____/

## NOTICE OF CHANGING ATTORNEY WITHIN KAUFMAN, ENGLETT & LYND AND DESIGNATION OF PRIMARY EMAIL ADDRESS PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION, RULE 2.516(b)(1)(A)

**COMES NOW, THE LAW FIRM OF KAUFMAN, ENGLETT & LYND, PLLC,** and enters this Notice of Changing Attorney within Kaufman, Englett & Lynd, PLLC and Designation of Email Address Pursuant to Florida Rule of Judicial Administration, Rule 2.516(b)(1)(A) on behalf of Defendant, **CARLOS DEVILLALVILLA**, to Attorney, **RASHEED KARIM ALLEN, Esq.**, and in Compliance with Rule 2.516(b)(1)(A) and hereby gives notice of the primary email address, and requests all pleadings, orders, written motions, and written notices, and any other documents or demands be served upon them at the below-noted mailing and email address:

Kaufman, Englett & Lynd, PLLC
111 N. Magnolia Avenue, Suite 1600
Orlando, FL 32801

Primary Email:    Rasheed Karim Allen, Esq.    rallen@kelattorneys.com
Secondary Email::    Cindy Donlin (paralegal)    cdonlin@kelattorneys.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have [X] electronically filed via the CM/ECF filing system and/or furnished a true and correct copy of the foregoing to:

Lee W. Marcus, Esq. - Christina A. Farley, Esq.
Marcus & Myers, P.A.
1515 Park Center Drive, Suite 2G
Orlando, FL 32835
Primary Email:    lmarcus@marcusmyerslaw.com
Secondary Email:    cfarley@marcusmyerslaw.com

KEL File #« 12GEN32087

via [x] Email, [ ] U.S. Mail, [ ] Fax, [ ] Delivery, today January 22, 2013.

                            **KAUFMAN, ENGLETT & LYND, PLLC**

                            /s/ Rasheed Karim Allen, Esq.    R.K.A.
                            Rasheed Karim Allen, Esq.
                            Florida Bar No. 88525
                            111 N. Magnolia Avenue, Suite 1600
                            Orlando, FL 32801
                            Telephone No.: (407) 513-1900
                            Primary Email: rallen@kelattorneys.com
                            Secondary Email: cdonlin@kelattorneys.com
                            Attorney for Defendant,
                            **CARLOS DEVILLALVILLA**