UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**
   Plaintiff,

v.

Case No.: 6:12-CV-1320-ORL-37-TBS

**CARLOS DEVILLALVILLA, et al.,**
   Defendant.

_____/

## NOTICE OF CHANGING ATTORNEY WITHIN KAUFMAN, ENGLETT & LYND AND DESIGNATION OF PRIMARY EMAIL ADDRESS PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION, RULE 2.516(b)(1)(A)

**COMES NOW, THE LAW FIRM OF KAUFMAN, ENGLETT & LYND, PLLC,** and enters this Notice of Changing Attorney within Kaufman, Englett & Lynd, PLLC and Designation of Email Address Pursuant to Florida Rule of Judicial Administration, Rule 2.516(b)(1)(A) on behalf of Defendant, **CARLOS DEVILLALVILLA,** to Attorney, **RICHARD WITHERS, Esq.,** and in Compliance with Rule 2.516(b)(1)(A) and hereby gives notice of the primary email address, and requests all pleadings, orders, written motions, and written notices, and any other documents or demands be served upon them at the below-noted mailing and email address:

Kaufman, Englett & Lynd, PLLC
111 N. Magnolia Avenue, Suite 1600
Orlando, FL 32801
Primary: rwithers@kelattorneys.com
Secondary: jdiminich@kelattorneys.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed via the Florida Courts eFiling Portal and furnished a true and correct copy of the foregoing to Lee W. Marcus, Esq., of Marcus & Myers, P.A.,

KEL File #12GEN32087

1515 Park Center Drive, Suite 2G, Orlando, FL 32835, lmarcus@marcusmyerslaw.com; via [x] Email, [ ] U.S. Mail, [ ] Fax, [ ] Delivery, today June 20, 2013.

**KAUFMAN, ENGLETT & LYND, PLLC**

/s/ Richard Withers, Esq.
Richard Withers, Esq.
Florida Bar No.
111 N. Magnolia Avenue, Suite 1600
Orlando, FL 32801
Telephone No.: (407) 513-1900
Primary Email: rwithers@kelattorneys.com
Secondary Email: KELinbox@kelattorneys.com
Attorney for Defendant: **CARLOS DEVILLALVILLA**