UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON,

    Plaintiff,

v.                                      Case No. 6:12-cv-1320-ORL-37TBS

CARLOS DEVILLALA VILLA,

    Defendant.
_____/

## AMENDED ORDER

Pending before the Court is the law firm of Kaufman, Englett & Lynd, PLLC's Notice of Changing Attorney Within Kaufman, Englett & Lynd and Designation of Primary Email Address Pursuant to Florida Rule of Judicial Administration, Rule 2.516(b)(1)(A) (Doc. 30). The Court construes the notice as a motion which it GRANTS. Attorney Rasheed Karim Allen is DISCHARGED and TERMINATED as counsel of record for Defendant Carlos Devillalvilla and attorney Richard Withers is recognized as the attorney of record for this Defendant.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on June 24, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel